# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

In re: 329 GREENE STREET, LLC  §  Case No. 11-32184(JAM)
  §
  §
  §
 Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Kara S. Rescia, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,013,256.30 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $2,589.83 | | |

  3) Total gross receipts of $2,589.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,589.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,050,000.00 | $714,651.81 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,437.16 | $1,437.16 | $1,437.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $6,672.50 | $6,672.50 | $1,152.67 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,612.50 | $1,612.50 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $86,400.00 | $66,431.07 | $66,431.07 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,136,400.00 | $790,805.04 | $76,153.23 | $2,589.83 |

4) This case was originally filed under chapter 7 on 08/22/2011, and it was converted to chapter 7 on 02/15/2017.  The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   07/01/2019      By: /s/ Kara S. Rescia
                                                        Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo Bank Checking Account | 1129-000 | $2,589.83 |
| **TOTAL GROSS RECEIPTS** | | **$2,589.83** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | City of New Haven Wendy J. Mongillo, Esq. | 4110-000 | NA | $71,789.93 | $0.00 | $0.00 |
| 3 | J+J Akoury Construction, Inc. | 4110-000 | $300,000.00 | $642,861.88 | $0.00 | $0.00 |
| N/F | Water Street Partners, LLC c/o Ralph Durante | 4110-000 | $750,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,050,000.00** | **$714,651.81** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kara S. Rescia | 2100-000 | NA | $647.46 | $647.46 | $647.46 |
| Trustee, Expenses - Kara S. Rescia | 2200-000 | NA | $67.54 | $67.54 | $67.54 |
| Fees, United States Trustee | 2950-000 | NA | $650.66 | $650.66 | $650.66 |
| Bond Payments - BOND | 2300-000 | NA | $1.50 | $1.50 | $1.50 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $60.00 | $60.00 | $60.00 |
| Banking and Technology Service Fee - United Bank | 2600-000 | NA | $10.00 | $10.00 | $10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,437.16** | **$1,437.16** | **$1,437.16** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for D-I-P Fees - The Lenz Law Firm | 6210-160 | NA | $5,200.00 | $5,200.00 | $898.30 |
| Prior Chapter Other State or Local Taxes - State of ConnecticutDepartment of Revenue Services Collections Unit, Bankruptcy Team | 6820-000 | NA | $1,472.50 | $1,472.50 | $254.37 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$6,672.50** | **$6,672.50** | **$1,152.67** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | State of Connecticut Department of Revenue Services C&E Division, Bankruptcy Unit | 5800-000 | NA | $1,612.50 | $1,612.50 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$1,612.50** | **$1,612.50** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | City of New Haven Wendy J. Mongillo, Esq. | 7100-000 | $55,000.00 | $65,226.07 | $65,226.07 | $0.00 |
| 4U | State of Connecticut Department of Revenue Services C&E Division, Bankruptcy Unit | 7100-000 | NA | $1,205.00 | $1,205.00 | $0.00 |
| N/F | Carmen Leahy c/o Votre & Associates, PC | 7100-000 | NA | NA | NA | NA |
| N/F | JP Morgan Chase Bank | 7100-000 | $6,000.00 | NA | NA | NA |
| N/F | Roggin Nassau | 7100-000 | $17,500.00 | NA | NA | NA |
| N/F | The Gables At Wooster Sq., Con c/o Michael Schneider, Pres. | 7100-000 | $6,800.00 | NA | NA | NA |
| N/F | The Priory Condominium Assn c/o Shapiro & Epstein PC | 7100-000 | NA | NA | NA | NA |
| N/F | United Illuminating | 7100-000 | $1,100.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$86,400.00** | **$66,431.07** | **$66,431.07** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 11-32184(JAM)  
**Case Name:** 329 GREENE STREET, LLC  
**For Period Ending:** 07/01/2019

**Trustee Name:** (270230) Kara S. Rescia  
**Date Filed (f) or Converted (c):** 02/15/2017 (c)  
**§ 341(a) Meeting Date:** 03/31/2017  
**Claims Bar Date:** 06/29/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 329 Greene Street, Unit 11, New Haven, | 450,000.00 | 0.00 | | 0.00 | FA |
| 2 | Wells Fargo Bank Checking Account | Unknown | 2,589.83 | | 2,589.83 | FA |
| 3 | Claim against Kenyon Construction and Mei-Wacheng | Unknown | 0.00 | | 0.00 | FA |
| 4 | Claim against Sovereign Bank (Potential Lender Liability) | Unknown | 0.00 | | 0.00 | FA |
| 5 | Claim against Fasano, Ipplolito & Lee, PC Malpractice | Unknown | 0.00 | | 0.00 | FA |
| 6 | The Gables at Wooster Square. Edward Vytlacil,Daniel Okin,Peter Okin,Keith Lorch,Jacqueline Lorch,Michael Schneider,Laurie Auth,Nicholas Barberis,Marcia Marquis,Marc Osbourne,Carmen Lund Leahy,Christopher Alexoppulos,Heather E. Tookes,Jill Strawn, Harlon Dalton, Michele T. Jordan. APPROX.AMOUNT | 300,000.00 | 0.00 | | 0.00 | FA |
| 7 | Chicago Title. APPROX. AMOUNT.<br>Amount if any currently unknown | 300,000.00 | 1.00 | | 0.00 | FA |
| 8 | Claim againist, Akuory for delay in construction and breach of contract.APPROX. AMOUNT. | 700,000.00 | 0.00 | | 0.00 | FA |
| 9 | CT New Home Builders License No. NHC 9297 | Unknown | 0.00 | | 0.00 | FA |
| 10 | Disgorgement Order Doc Id 313 issued against Peter Ressler (u) | 263,256.30 | 263,256.30 | | 0.00 | FA |
| **10** | **Assets Totals (Excluding unknown values)** | **$2,013,256.30** | **$265,847.13** | | **$2,589.83** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 11-32184(JAM)
**Case Name:** 329 GREENE STREET, LLC

**Trustee Name:** (270230) Kara S. Rescia
**Date Filed (f) or Converted (c):** 02/15/2017 (c)
**§ 341(a) Meeting Date:** 03/31/2017

**For Period Ending:** 07/01/2019
**Claims Bar Date:** 06/29/2017

**Major Activities Affecting Case Closing:**

12/01/2018 Review of DRS admin claim verification. I can take steps to prepare final report after final review of claims and admin claims.
09/21/2018 review of decision of Client Security Fund denying Request for Reconsideration
08/07/2018 Prepare Request for Reconsideration of decision of Client Security Fund denying Application for Reimbursement
04/19/2018 review of decision of Client Security Fund denying Application for reimbursement
03/19/2018 Telephone call with Attorney Blanchard and prepare and send supplemental information for consideration of application for reimbursement to Client Security Fund
12/01/2017 Claim with Client Security Fund still pending. I still await documents from principal of debtor to support any remaining claims of estate however based on my investigation to date,they do not appear to have any value.
08/31/2017 Claim with Client Security Fund still pending.
5/31/2017 I received confirmation from the Client Security Fund that they have received claim I filed.
04/20/2017 Now that I have conducted 341 meeting in this converted case and determined that debtor in possession during the chapter 11 never filed claim with client security fund for funds represented in disgorgement order, I will prepare same. I am also awaiting other requested documentation from the debtor's principal regarding viability of possible causes of action listed in original schedules.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018      **Current Projected Date Of Final Report (TFR):** 01/29/2019 (Actual)

07/01/2019
Date

/s/Kara S. Rescia
Kara S. Rescia

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 11-32184(JAM) | Trustee Name: | Kara S. Rescia (270230) |
|---|---|---|---|
| Case Name: | 329 GREENE STREET, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7893 | Account #: | ******2300 Checking |
| For Period Ending: | 07/01/2019 | Blanket Bond (per case limit): | $16,467,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/27/17 | {2} | Wells Fargo Bank, NA | Balance in Wells Fargo Bank bank acct ending in xx5584 | 1129-000 | 2,589.83 |  | 2,589.83 |
| 03/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,579.83 |
| 04/28/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,569.83 |
| 05/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,559.83 |
| 06/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,549.83 |
| 07/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,539.83 |
| 08/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,529.83 |
| 09/27/17 |  | Transfer to United Bank | Transfer to account xxxxxx0519 | 9999-000 |  | 2,529.83 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 2,589.83 | 2,589.83 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 2,529.83 |  |
|  |  | **Subtotal** |  |  | 2,589.83 | 60.00 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$2,589.83** | **$60.00** |  |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 11-32184(JAM) | Trustee Name: | Kara S. Rescia (270230) |
| --- | --- | --- | --- |
| Case Name: | 329 GREENE STREET, LLC | Bank Name: | United Bank |
| Taxpayer ID #: | **-***7893 | Account #: | ********0519 Checking Account |
| For Period Ending: | 07/01/2019 | Blanket Bond (per case limit): | $16,467,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/27/17 |  | Transfer from Rabobank | Transfer from xxxxxx2300 | 9999-000 | 2,529.83 |  | 2,529.83 |
| 09/29/17 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,519.83 |
| 10/31/17 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,509.83 |
| 11/30/17 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,499.83 |
| 12/01/17 | 1000 | International Sureties, LTD | Bond 016027937 Invoice Payment Term:12/1/2017-12/1/2018 | 2300-000 |  | 0.76 | 2,499.07 |
| 12/29/17 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,489.07 |
| 01/31/18 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,479.07 |
| 02/28/18 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,469.07 |
| 03/30/18 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,459.07 |
| 04/30/18 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,449.07 |
| 05/31/18 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,439.07 |
| 06/29/18 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,429.07 |
| 07/31/18 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,419.07 |
| 08/31/18 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,409.07 |
| 09/24/18 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | -120.00 | 2,529.07 |
| 09/28/18 |  | United Bank | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 2,519.07 |
| 12/05/18 | 1001 | International Sureties, LTD | Ch 7 Blanket Bond CT-Region 2 Bond #016027937 Voided on 12/05/2018 | 2300-004 |  | 2.18 | 2,516.89 |
| 12/05/18 | 1001 | International Sureties, LTD | Ch 7 Blanket Bond CT-Region 2 Bond #016027937 Voided on 12/05/2018 | 2300-004 |  | -2.18 | 2,519.07 |
| 12/05/18 | 1002 | International Sureties, LTD | Ch 7 Blanket Bond CT-Region 2 Bond #016027937 | 2300-000 |  | 0.74 | 2,518.33 |
| 04/02/19 | 1003 | Kara S. Rescia | Dividend paid 100.00% on $647.46 | Claim #FEE Doc Id ECF | Filed: $647.46 | 2100-000 |  | 647.46 | 1,870.87 |
| 04/02/19 | 1004 | Kara S. Rescia | Dividend paid 100.00% on $67.54 | Claim #TE Doc Id ECF | Filed: $67.54 | 2200-000 |  | 67.54 | 1,803.33 |
|  |  |  | **Page Subtotals:** |  | **$2,529.83** | **$726.50** |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 11-32184(JAM) | Trustee Name: | Kara S. Rescia (270230) |
|---|---|---|---|
| Case Name: | 329 GREENE STREET, LLC | Bank Name: | United Bank |
| Taxpayer ID #: | **-***7893 | Account #: | ********0519 Checking Account |
| For Period Ending: | 07/01/2019 | Blanket Bond (per case limit): | $16,467,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/02/19 | 1005 | United States Trustee | Dividend paid 100.00% on $650.66 \| Claim #5 Doc Id ECF \| Filed: $650.66 | 2950-000 | | 650.66 | 1,152.67 |
| 04/02/19 | 1006 | The Lenz Law Firm | Dividend paid 17.27% on $5,200.00 \| Claim # Doc Id ECF \| Filed: $5,200.00 | 6210-160 | | 898.30 | 254.37 |
| 04/02/19 | 1007 | State of ConnecticutDepartment of Revenue Services Collections Unit, Bankruptcy Team | Dividend paid 17.27% on $1,472.50 \| Claim #6 Doc Id ECF \| Filed: $1,472.50 | 6820-000 | | 254.37 | 0.00 |
| | | **COLUMN TOTALS** | | | **2,529.83** | **2,529.83** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 2,529.83 | 0.00 | |
| | | **Subtotal** | | | **0.00** | **2,529.83** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$2,529.83** | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)                                    *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | |
|---|---|
| **Case No.:** | 11-32184(JAM) |
| **Case Name:** | 329 GREENE STREET, LLC |
| **Taxpayer ID #:** | **-***7893 |
| **For Period Ending:** | 07/01/2019 |

| | |
|---|---|
| **Trustee Name:** | Kara S. Rescia (270230) |
| **Bank Name:** | United Bank |
| **Account #:** | ********0519 Checking Account |
| **Blanket Bond (per case limit):** | $16,467,558.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $2,589.83 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,589.83 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2300 Checking | $2,589.83 | $60.00 | $0.00 |
| ********0519 Checking Account | $0.00 | $2,529.83 | $0.00 |
| | **$2,589.83** | **$2,589.83** | **$0.00** |

07/01/2019      /s/Kara S. Rescia
Date              Kara S. Rescia

UST Form 101-7-TDR (10 /1/2010)